IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DRONE TECHNOLOGIES, INC.,
                            Plaintiff,

                                                    14cv0111
            v.                                      **ELECTRONICALLY FILED**

PARROT S.A., PARROT, INC.,
                            Defendants.

## ORDER OF COURT DENYING PLAINTIFF'S MOTION TO COMPEL ATTENDANCE AT THE ADR OF A DECISION MAKER WHO HAS FULL SETTLEMENT AUTHORITY (DOC. NO. 49)

Presently before the Court is Plaintiff's Motion to Compel in which Plaintiff moves this Court to find that Defendants' designated representative for ADR, David Gaul, is not an individual "who has full settlement authority and who is knowledgeable about the facts of the case" as required by the ADR Policies and Procedures of the United States District Court for the Western District of Pennsylvania. Doc. No. 49. Defendants contend that Mr. Gaul, Parrot Inc.'s CFO, is an appropriate ADR representative. Doc. No. 53. After review of the Motion and related briefs, on the 8th day of July, 2014, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's Motion to Compel Attendance at the ADR of a Decision Maker Who Has Full Settlement Authority (Doc. No. 49) is **DENIED**; and

2.  After the ADR Session, either Party may petition the Court to order that the other bear the costs of a second ADR session if the other Party fails to bring a representative "who has full settlement authority and who is knowledgeable about the facts of the case."

                                        s/ Arthur J. Schwab
                                        Arthur J. Schwab
                                        United States District Judge


    cc:     All Registered ECF Counsel and Parties