## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DRONE TECHNOLOGIES, INC., § | |
| § | Civil Action No. 2:14-cv-00111 |
| Plaintiff, § | |
| § | Judge Arthur J. Schwab |
| v. § | |
| § | JURY TRIAL DEMANDED |
| PARROT S.A. and PARROT, INC. § | |
| § | ELECTRONICALLY FILED |
| Defendants. § | |

**DEFENDANTS PARROT S.A. AND PARROT, INC.'S RULE 44.1 NOTICE OF INTENT TO RAISE ISSUES OF FOREIGN LAW ON MOTION TO DISMISS**

PLEASE TAKE NOTICE that pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, Defendants Parrot S.A. and Parrot, Inc. (collectively, "Defendants" or "Parrot") hereby give notice of their intent to raise issues of Taiwanese law that may arise in connection with Defendants' motion to dismiss the complaint for lack of subject matter jurisdiction. Defendants expect to file the motion to dismiss in the near future. The Taiwanese law issues include those governing the interpretation of employment contracts, employer/employee rights to inventions made during the course of employment, and intellectual property. These issues are relevant to Plaintiff's alleged ownership rights in the patents-in-suit and whether Plaintiff has standing to sue.

Parrot may submit expert testimony on one or more of these issues.

Respectfully submitted,

Dated: December 23, 2014

*/s/* James E. Hopenfeld
**James E. Hopenfeld (*pro hac vice*)**
Attorney-in-Charge
CA Bar No. 190268
E-mail: Hopenfeld@oshaliang.com
Tammy J. Terry (*pro hac vice*)
Texas Bar No. 24045660
E-mail: Terry@oshaliang.com

Eric G. Soller, Esquire
PA I.D. #65560
EGS@Pietragallo.com
Firm I.D. #834
PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI, LLP

| | |
|---|---|
| The Thirty-Eighth Floor<br>One Oxford Centre<br>Pittsburgh, PA  15219<br><br>Phone: (412) 263-1836<br>Fax: (412) 263-4242 | OSHA LIANG LLP<br>909 Fannin Street, Suite 3500<br>Houston, TX  77010-1034<br>Phone: (713) 228-8600<br>Fax: (713) 228-8778<br><br>**COUNSEL FOR DEFENDANTS**<br>**PARROT S.A. AND PARROT, INC.** |

**CERTIFICATE OF SERVICE**

      I certify that on December 23, 2014, the foregoing Parrot's Rule 44.1 Notice of Intent to Raise Issue of Foreign Law on Motion to Dismiss was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and via email delivery on all counsel of record as follows:

    Richard T. Ting
    John C. Thomas III
    Charles H. Dougherty, Jr.
    Gene Tabachnick
    Beck & Thomas, P.C.
    1575 McFarland Road
    Suite 100
    Pittsburgh, PA 15216
    Phone: 412-343-9700
    Fax: 412-343-5787

                                          /s/ James E. Hopenfeld
                                          James E. Hopenfeld